IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEAVON E. TORRENCE,

    Plaintiff,                        No. 2:10-cv-1222 KJN P

    vs.

F. HSUEH, M.D., et al.,

    Defendants.             <u>ORDER</u>

_____/

        On February 24, 2011, plaintiff filed a document styled "Notice of Motion," in which he seeks to provide defendants' counsel with authorization to obtain copies of his medical records, with the exception of mental health records. Plaintiff appended a signed authorization form. Plaintiff is advised that he does not require a court order to accomplish this goal. Plaintiff provided a certificate of service; it appears plaintiff provided defendants' counsel with his filing.[1] Accordingly, IT IS HEREBY ORDERED that plaintiff's February 24, 2011 "motion" is denied.

DATED: March 4, 2011

                                       /s/ Kendall J. Newman
                                       KENDALL J. NEWMAN
                                       UNITED STATES MAGISTRATE JUDGE

torr1222.aut

---

[1] If for some reason defendants' counsel did not receive an authorization form containing plaintiff's original signature, counsel should forthwith notify the court and the court will direct the Clerk of Court to forward the signed original to counsel.