IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEAVON E. TORRENCE,

        Plaintiff,                         No. 2:10-cv-1222 KJN P

    vs.

F. HSEUH, et al.,                         ORDER AND

        Defendants.                   ORDER TO SHOW CAUSE

_____/

        Plaintiff is a state prisoner proceeding without counsel and in forma pauperis. On November 10, 2010, the court determined that plaintiff's complaint states a potentially cognizable claim for relief against defendant J. Champion. Service directed to defendant J. Champion was returned unexecuted, with an attached letter from the litigation coordinator at California Medical Facility ("CMF"). The letter was dated February 7, 2011, from B.C. Williams, CCII, Litigation Coordinator, CMF, regarding the waiver of service of summons and complaint, indicating that B.C. Williams had mailed the "RVR" to Ms. Champion, but no response was received. By order filed May 26, 2011, the U.S. Marshal was directed to contact B.C. Williams and obtain Ms. Champion's mailing address so that the U.S. Marshal could execute personal service of process on J. Champion. The U.S. Marshal notified the court that the CMF litigation coordinator refused to divulge Ms. Champion's mailing address.

Pursuant to this court's prior orders, if defendant did not return a waiver of service of summons within sixty days from the date of mailing the request for waiver, the United States Marshal was to personally serve process on defendant Champion, "command all necessary assistance from the California Department of Corrections and Rehabilitation (CDCR) to execute this order," and "maintain the confidentiality of all information provided by the CDCR pursuant to" that order.  (Dkt. Nos. 13 & 42.)

Accordingly, IT IS HEREBY ORDERED that:

1. Counsel for defendants shall show cause, within ten days, why sanctions should not be imposed based on the litigation coordinator's interference with this court's orders;

2. Counsel for defendants shall take all steps necessary to assist the United States Marshal in obtaining the mailing address for service of process on defendant J. Champion, and shall report to the court within ten days whether counsel has been able to provide a valid address to the U.S. Marshal and, if not, why no address can be provided;

3. The Clerk of the Court is directed to serve a copy of the unexecuted summons (dkt. no. 27), this court's May 26, 2011 order (dkt. no. 42), and a copy of the instant order, on Supervising Deputy Attorney General Monica N. Anderson;

4. The Clerk of the Court is directed to serve a copy of the instant order on the United States Marshal; and

5. The U.S. Marshal shall maintain the confidentiality of any address provided by counsel for defendants or Supervising Deputy Attorney General Anderson.  Should an address be provided, the U.S. Marshal shall, upon receipt of that address, take all steps necessary to personally serve defendant J. Champion in accordance with this court's May 26, 2011 order.

DATED: June 1, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

torr1222.osc