**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Suite 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
Martha M. Stringer, CSB #156333
Christina Carroll, CSB #263713

Attorneys for defendants
SAUKHLA, ANDREASEN, McKENZIE,
GRANNIS, WALKER, HAILE and BICK

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAVON E. TORRENCE,<br><br>　　　　　Plaintiff,<br>v.<br>F. HSEUH, et al.,<br>　　　　　Defendants. | CASE NO: 2:10-cv-01222 KJN<br><br>**ORDER** |

Defendants SAUKHLA, ANDREASEN, McKENZIE, GRANNIS, WALKER, HAILE and BICK seek an order from the Court, pursuant to Federal Rule of Civil Procedure 30(b)(4), to permit defendants' counsel to conduct the deposition of plaintiff DEAVON E. TORRENCE (K-65602) via videoconference.

Good cause appearing, IT IS HEREBY ORDERED THAT:

1. Defendants' request to conduct plaintiff's deposition via videoconference (dkt. no. 61) is GRANTED.

2. Nothing in this Order shall be interpreted as requiring any penal institution to obtain videoconferencing equipment if it is not already available.

Dated:  September 28, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

torr1222.vcd