IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEAVON E. TORRENCE,

        Plaintiff,                   No. 2:10-cv-1222 KJM KJN P

    vs.

F. HSEUH, et al.,                       REVISED SCHEDULING

        Defendants.              ORDER

_____/

        Plaintiff is a state prisoner proceeding without counsel.  On November 7, 2011, defendants Saukhla, Andreasen, McKenzie, Champion, Grannis, Walker, Haile, Bick and Hsueh requested that the court's scheduling order be modified to extend the time for discovery based on the recent service of process on defendant Hsueh.  Defendant Hsueh filed an answer on November 7, 2011, and discovery closed prior to Hsueh's appearance.  Good cause appearing, defendants' motion is granted.  Discovery is reopened, and the dispositive motion deadline will be extended.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The November 7, 2011 request to modify the scheduling order (dkt. no. 65) is granted; and

        2. The May 26, 2011 scheduling order is modified as follows:

1

        a. The discovery deadline is extended to March 19, 2012. Any motions necessary to compel discovery shall be filed by that date. All requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34 or 36 shall be served not later than sixty days prior to that date.

        b. The deadline for filing all pretrial motions, except motions to compel discovery, is extended to June 22, 2012. Motions shall be briefed in accordance with paragraph 7 of this court's order filed December 20, 2010.

DATED: November 16, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

torr1222.41r