IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEAVON E. TORRENCE,

    Plaintiff,                    No. 2:10-cv-1222 KJN P

    vs.

F. HSEUH, et al.,

    Defendants.              ORDER

_____/

        Plaintiff is a state prisoner proceeding without counsel in this civil rights action for relief pursuant to 42 U.S.C. § 1983.  On December 2, 2011, plaintiff filed a response to defendant Hseuh's answer.  However, as plaintiff was informed by this court's March 20, 2011 order, Rule 7 of the Federal Rules of Civil Procedure does not provide for a reply or response to a defendant's answer unless ordered by the court. (Dkt. No. 34.)  The court did not order plaintiff to file a response to defendant Hseuh's answer; therefore, the response is disregarded.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's December 2, 2011 response (dkt. no. 68) is disregarded.

DATED: December 13, 2011

                                            _____
                                            KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE

torr1222.77e2