1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DEAVON E. TORRENCE,

11           Plaintiff,                    No. 2:10-cv-1222 KJN P

12       vs.

13   F. HSEUH, et al.,

14           Defendants.                   ORDER

15   _____/

16           Plaintiff is a state prisoner proceeding without counsel in this civil rights action

17   for relief pursuant to 42 U.S.C. § 1983.  On December 2, 2011, plaintiff filed a response to

18   defendant Hseuh's answer.  However, as plaintiff was informed by this court's March 20, 2011

19   order, Rule 7 of the Federal Rules of Civil Procedure does not provide for a reply or response to a

20   defendant's answer unless ordered by the court.  (Dkt. No. 34.)  The court did not order plaintiff

21   to file a response to defendant Hseuh's answer; therefore, the response is disregarded.

22           Accordingly, IT IS HEREBY ORDERED that plaintiff's December 2, 2011

23   response (dkt. no. 68) is disregarded.

24   DATED:  December 13, 2011

25                                          _____
                                            KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE

26   torr1222.77e2