IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEAVON E. TORRENCE,

      Plaintiff,                    No. 2:10-cv-1222 KJN P

     vs.

F. HSUEH, e al.,

      Defendants.           <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding without counsel. On May 27, 2010, plaintiff consented to proceed before the undersigned for all purposes. <u>See</u> 28 U.S.C. § 636(c). On April 17, 2013, defendants consented to proceed before the undersigned for all purposes. <u>See</u> 28 U.S.C. § 636(c). In light of the consent of all parties, the Clerk of the Court is directed to annotate the court docket accordingly.

      On January 28, 2013, the undersigned recommended that defendants' motion for summary judgment be granted. (Dkt. No. 96.) The findings and recommendations contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. No party has filed objections to the findings and recommendations.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to annotate the court docket to reflect the consent of all parties;

2. The findings and recommendations filed January 28, 2013 (dkt. no. 96), are adopted in full;

3. Defendants' June 22, 2012 motion for summary judgment (dkt. no. 80) is granted; and

4. This action is dismissed.

DATED: April 29, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

torr1222.jdg