1  **WILLIAMS & ASSOCIATES**
   1250 Sutterville Road, Suite 290
2  Sacramento, CA  95822
   (916) 456-1122
3  (916) 737-1126 (fax)

4  Kathleen J. Williams, CSB #127021
   Martha M. Stringer, CSB #156333
5  LaKeysia R. Beene, CSB #265078

6  Attorneys for defendants
   SAUKHLA, ANDREASEN, McKENZIE,
7  WALKER, HAILE and BICK

8

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAVON E. TORRENCE, | CASE NO: 2:10-cv-01222 KJN |
| Plaintiff, | **ORDER GRANTING ISSUANCE OF WRIT OF EXECUTION** |
| v. | |
| F. HSEUH, et al., | |
| Defendants. | |

On reading the application and declaration on behalf of judgment creditors Saukhla, Andreasen, McKenzie, Walker, Haile and Bick, and good cause appearing therefor, IT IS HEREBY ORDERED that the application be, and it hereby is, granted, and that a writ of execution issue in the sum of $560.00, plus necessary levying officer fees pursuant to the California Code of Civil Procedure Section 685.050, be directed to the Sheriff or Marshall of the County of Marin, California.

IT IS SO ORDERED.

Dated: July 9, 2013

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

torr1222.writ